**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANNA BURKETT**                                                                **PLAINTIFF**

**VS.**                  **CASE NO. 4:06-CV-00387 GTE**

**DE WAFELBAKKERS, INC.**                                **DEFENDANT**

## ORDER OF DISMISSAL

The parties having advised that all claims in this case have been resolved by agreement,

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this   12th   day of February, 2007.

                                                                  ___/s/Garnett Thomas Eisele_____
                                                                    UNITED STATES DISTRICT JUDGE